UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., A DELAWARE CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>MS MANUFACTURING, LLC D/B/A KIHM METAL TECHNOLOGIES, AN INDIANA LIMITED LIABILITY COMPANY, AND JAMES BAILEY, AN INDIVIDUAL,<br><br>DEFENDANTS. | CASE NO. 2:26-cv-00017 MPB-MG |

## APPEARANCE

Chelsea R. Stanley, of the law firm Stites & Harbison, PLLC, hereby enters her appearance on behalf of Plaintiff Hexagon Manufacturing Intelligence, Inc. in the above-entitled cause.

*Chelsea R. Stanley*
Chelsea R. Stanley (Attorney No. 32770-22)
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566
Email: cstanley@stites.com

*Counsel for Plaintiff Hexagon Manufacturing Intelligence, Inc.*

10864542:v1

1