UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., A DELAWARE CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>MS MANUFACTURING, LLC D/B/A KIHM METAL TECHNOLOGIES, AN INDIANA LIMITED LIABILITY COMPANY, AND JAMES BAILEY, AN INDIVIDUAL,<br><br>DEFENDANTS. | CASE NO. 2:26-cv-00017 MPB-MG |

**PLAINTIFF'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Hexagon Manufacturing Intelligence, Inc., a Delaware corporation, states that it is a wholly owned subsidiary of Hexagon Smart Solutions AB, which is a wholly owned subsidiary of Hexagon AB, a publicly traded company in Sweden.

<div style="margin-left: 50%;">

*Chelsea R. Stanley*
Chelsea R. Stanley (Attorney No. 32770-22)
Zachary M. VanVactor (Attorney No. 31806-10)
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone: (812) 282-7566
Email: cstanley@stites.com
Email:  zvanvactor@stites.com

Sarah E. Elsden, WA #51158
(*pro hac application forthcoming*)
Kutak Rock LLP
510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
Telephone: (509) 747-4040
Email:  sarah.elsden@kutakrock.com

*Counsel for Plaintiff Hexagon Manufacturing Intelligence, Inc.*

</div>

10864472:v2