UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., A DELAWARE CORPORATION, <br><br> PLAINTIFF, <br><br> v. <br><br> MS MANUFACTURING, LLC D/B/A KIHM METAL TECHNOLOGIES, AN INDIANA LIMITED LIABILITY COMPANY, AND JAMES BAILEY, AN INDIVIDUAL, <br><br> DEFENDANTS. | CASE NO. 2:26-cv-00017-MPB-MG |

## APPEARANCE

Zachary M. VanVactor, of the law firm Stites & Harbison, PLLC, hereby enters his appearance on behalf of Plaintiff Hexagon Manufacturing Intelligence, Inc. in the above-entitled cause.

*Zachary M. VanVactor*
Zachary M. VanVactor
Chelsea R. Stanley
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN 47130
(812) 282-7566
zvanvactor@stites.com
cstanley@stites.com

*Counsel for Plaintiff,*
*Hexagon Manufacturing Intelligence, Inc.*