UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., A DELAWARE CORPORATION, <br><br> PLAINTIFF, <br><br> v. <br><br> MS MANUFACTURING, LLC D/B/A KIHM METAL TECHNOLOGIES, AN INDIANA LIMITED LIABILITY COMPANY, AND JAMES BAILEY, AN INDIVIDUAL, <br><br> DEFENDANTS. | CASE NO. 2:26-CV-00017 MPB-MG |

**PROOF OF SERVICE**

Plaintiff Hexagon Manufacturing Intelligence, Inc., by counsel, hereby submits proof to the Court that the Complaint, Summons, Corporate Disclosure, Appearance and Form AO 121 herein were served upon the Defendant MS Manufacturing, LLC d/b/a KIHM Metal Technologies by process server on the 14th day of January, 2026. A copy of the signed Proof of Service is attached hereto as Exhibit A.

*Chelsea R. Stanley*
Chelsea R. Stanley
Zachary M. VanVactor
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone: (812) 282-7566
Email: cstanley@stites.com
Email: zvanvactor@stites.com

Sarah E. Elsden, WA #51158
(*pro hac application forthcoming*)
Kutak Rock LLP
510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
Telephone: (509) 747-4040
Email: sarah.elsden@kutakrock.com

*Counsel for Plaintiff Hexagon Manufacturing Intelligence, Inc.*