# EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **2:26-cv-00017-MPB-MG**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **MS Manufacturing, LLC d/b/a KIHM Metal Technologies**
was recieved by me on  **1/14/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Bryan Davis**, who is designated by law to accept service of process on behalf of **MS Manufacturing, LLC d/b/a KIHM Metal Technologies** at **301 N Murphy Ave, Brazil, IN 47834** on **01/14/2026 at 1:14 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  01/14/2026

_____
*Server's signature*

**Tatyana Belle-Oladeji**
*Printed name and title*

**922 Chapelwood Blvd
Indianapolis, IN 46214**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, CORPORATE DISCLOSURE STATEMENT; SUMMONS; NOTICE; COMPLAINT,  to Bryan Davis, Registered Agent & President with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with a beard.**



Tracking #: **0203549001**
