UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MS MANUFACTURING, LLC d/b/a KIHM METAL TECHNOLOGIES, an Indiana Limited Liability Company, and JAMES BAILEY, an Individual,<br><br>    Defendants. | Case No: 2:26-CV-00017<br><br>District Judge Brookman<br><br>Magistrate Judge Garcia |

## NOTICE OF APPEARANCE

Attorney Benjamin S. Morrell of Taft Stettinius & Hollister LLP hereby enters his appearance on behalf of Defendant MS Manufacturing, LLC d/b/a KIHM Metal Technologies in this action.

Dated: February 4, 2026

Respectfully submitted,

/s/ Benjamin S. Morrell
Benjamin S. Morrell (IL ARDC No. 6341896)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant KIHM Metal Technologies*

## CERTIFICATE OF SERVICE

 I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

 Date: February 4, 2026

*/s/ Benjamin S. Morrell*_____