UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MS MANUFACTURING, LLC d/b/a KIHM METAL TECHNOLOGIES, an Indiana Limited Liability Company, and JAMES BAILEY, an Individual,<br><br>    Defendants. | Case No: 2:26-CV-00017<br><br>District Judge Brookman<br><br>Magistrate Judge Garcia |

## DISCLOSURE STATEMENT

Defendant MS Manufacturing, LLC d/b/a KIHM Metal Technologies makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

MS Manufacturing, LLC is wholly owned by Turnout Metals LLC. No public entity owns 10% or more of Turnout Metals LLC.

Dated: February 4, 2026

                                                              Respectfully submitted,

                                                              MS MANUFACTURING, LLC d/b/a
                                                              KIHM METAL TECHNOLOGIES

                                                              */s/ Benjamin S. Morrell*
                                                              Benjamin S. Morrell (IL ARDC No. 6341896)
                                                              Taft Stettinius & Hollister LLP
                                                              111 E. Wacker Drive, Suite 2600
                                                              Chicago, IL 60601
                                                              Tel.: (312) 527-4000
                                                              Fax: (312) 527-4011

2

bmorrell@taftlaw.com

*Counsel for Defendant KIHM Metal Technologies*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: February 4, 2026

/s/ Benjamin S. Morrell