## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>MS MANUFACTURING, LLC d/b/a KIHM METAL TECHNOLOGIES, an Indiana Limited Liability Company, and JAMES BAILEY, an Individual,<br><br>  Defendants. | Case No: 2:26-CV-00017<br><br>District Judge Brookman<br><br>Magistrate Judge Garcia |

### NOTICE OF PARTIES' FIRST EXTENSION OF TIME

  Defendant MS Manufacturing, LLC d/b/a KIHM Metal Technologies files this Notice, pursuant to Local Rule 6-1(a), for an automatic, initial 28-day extension of its deadline to respond to the Complaint.

  Plaintiff filed its Complaint on January 9, 2026. (D.E. 1.) KIHM was served with the summons and Complaint on January 14. (D.E. 9.) Thus, the current deadline for KIHM to file a responsive pleading is February 4. *See* Fed. R .Civ. P. 12(a)(1)(A). This deadline has not previously been extended. With a 28-day extension, the new deadline will be March 4, 2026.

  This extension does not interfere with any Case Management Plan, scheduled hearings or trials, or other deadlines set by Court order. No case management plan has yet been issued, no hearings or trial has been scheduled, and no other deadlines have been set by Court order.

  On January 27, 2026, the undersigned counsel for KIHM contacted Plaintiff's counsel via email regarding this motion. Plaintiff's counsel agreed to the extension requested herein.

Dated: February 4, 2026

                        Respectfully submitted,

                        MS MANUFACTURING, LLC d/b/a
                        KIHM METAL TECHNOLOGIES

                        */s/ Benjamin S. Morrell*
                        Benjamin S. Morrell (IL ARDC No. 6341896)
                        TAFT STETTINIUS & HOLLISTER LLP
                        111 E. Wacker Drive, Suite 2600
                        Chicago, IL 60601
                        Tel.: (312) 527-4000
                        Fax: (312) 527-4011
                        bmorrell@taftlaw.com

                        *Counsel for Defendant KIHM Metal Technologies*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: February 4, 2026

/s/ Benjamin S. Morrell