UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., A DELAWARE CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>MS MANUFACTURING, LLC D/B/A KIHM METAL TECHNOLOGIES, AN INDIANA LIMITED LIABILITY COMPANY, AND JAMES BAILEY, AN INDIVIDUAL,<br><br>DEFENDANTS. | CASE NO. 2:26-CV-00017 MPB-MG |

**PROOF OF SERVICE**

Plaintiff, Hexagon Manufacturing Intelligence, Inc., by counsel, hereby submits proof to the Court that the Complaint, Summons, Corporate Disclosure, Appearance and Form AO 121 herein were served upon Defendant James Bailey by Certified Mail on the 22nd day of January, 2026.  A copy of the green card and USPS tracking information are  attached collectively hereto as Exhibit A.

*Chelsea R. Stanley*
Chelsea R. Stanley
Zachary M. VanVactor
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone: (812) 282-7566
Email: cstanley@stites.com
Email: zvanvactor@stites.com

Sarah E. Elsden, WA #51158
(*pro hac application forthcoming*)
Kutak Rock LLP
510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
Telephone: (509) 747-4040
Email: sarah.elsden@kutakrock.com

*Counsel for Plaintiff Hexagon Manufacturing Intelligence, Inc.*

10905504

- 2 -