# EXHIBIT A

ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, O…

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

# 70182290000022396801

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:27 pm on January 22, 2026 in TERRE HAUTE, IN 47802.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Post Office**
TERRE HAUTE, IN 47802
January 22, 2026, 4:27 pm

● **Notice Left (No Authorized Recipient Available)**
TERRE HAUTE, IN 47802
January 20, 2026, 2:51 pm

● **In Transit to Next Facility**
January 19, 2026

● **Arrived at USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
January 16, 2026, 4:28 pm

● **Arrived at USPS Facility**
LOUISVILLE, KY 40221
January 15, 2026, 8:53 pm

Feedback

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

Text & Email Updates                                                          ⌄

---

USPS Tracking Plus®                                                           ⌄

---

Product Information                                                           ⌄

---

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Bailey
2003 Wilbury Lane
Terre Haute, IN 47802

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7973 2305 3174 98

2. Article Number *(Transfer from service label)*

7018 2290 0000 2239 6801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_     ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Jennifer Bailey

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt