# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
FEB 12 2026
U.S. CLERK'S OFFICE

HEXAGON MANUFACTURING INTELLIGENCE INC, A DELAWARE CORPORATION
*Plaintiff(s)*

-v-

James Bailey
*Defendant*

Case No. 2:26-CV-00017

**MOTION FOR** EXTENSION OF TIME

I, James W. Bailey, plaintiff / **defendant** (circle one) in the above-captioned matter, request:

[✓] an extension of time to file a response to summons _____.

I request **30** extra days.

[✓] other (describe): _____

RESON: My company was going to represent me, and now I need to find my own counsel.

INSD Pro Se Motion 4/19

Date: 2-12-26

Signed: James W. Bailey
Movant (filing party)

Address and Telephone Number:

2003 Wilbury Lane
Terre Haute, IN 47802

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion for _____

has been mailed, postage prepaid, upon (insert names and addresses of other parties in

space provided):

Date:_____

Signed:_____
Movant (filing party)

NOTE: You must complete this section and mail copies of this document to each party.