UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MS MANUFACTURING, LLC d/b/a KIHM METAL TECHNOLOGIES, an Indiana Limited Liability Company, and JAMES BAILEY, an Individual,<br><br>    Defendants. | Case No: 2:26-CV-00017<br><br>District Judge Brookman<br><br>Magistrate Judge Garcia |

## NOTICE OF PARTIES' FIRST EXTENSION OF TIME

Defendant James Bailey files this Notice, pursuant to Local Rule 6-1(a), for an automatic, initial 20-day extension of its deadline to respond to the Complaint.

Plaintiff filed its Complaint on January 9, 2026. (D.E. 1.) Mr. Bailey was served with the summons and Complaint on January 22. (D.E. 14.) Thus, the current deadline for KIHM to file a responsive pleading is February 12. *See* Fed. R .Civ. P. 12(a)(1)(A). This deadline has not previously been extended. With a 20-day extension, the new deadline will be March 4, 2026 (the same as Defendant KIHM's extended deadline to respond to the Complaint).

This extension does not interfere with any Case Management Plan, scheduled hearings or trials, or other deadlines set by Court order. No case management plan has yet been issued, and the Court's initial pre-trial conference is scheduled for April 1, 2025, well after the extended deadline. (*See* D.E. 13.)

On February 11 and 12, 2026, the undersigned counsel contacted Plaintiff's counsel via

email regarding this motion. Plaintiff's counsel agreed to the extension requested herein.

Earlier today, Mr. Bailey filed *pro se* a motion for extension of time to respond to the Complaint. (D.E.15.) Now that Mr. Bailey is represented by counsel, and Plaintiff's counsel have agreed to the extension discussed above, Mr. Bailey wishes to withdraw the motion filed *pro se*.

Dated: February 12, 2026

                                             Respectfully submitted,

                                             JAMES BAILEY

                                             */s/ Benjamin S. Morrell*
                                             Benjamin S. Morrell (IL ARDC No. 6341896)
                                             TAFT STETTINIUS & HOLLISTER LLP
                                             111 E. Wacker Drive, Suite 2600
                                             Chicago, IL 60601
                                             Tel.: (312) 527-4000
                                             Fax: (312) 527-4011
                                             bmorrell@taftlaw.com

                                             *Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

  Date: February 12, 2026

*/s/ Benjamin S. Morrell*     
