UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:26-cv-00017-MPB-MG |
| MS MANUFACTURING, LLC D/B/A KIHM METAL TECHNOLOGIES, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Defendant, James Bailey, filed a pro se Motion for Extension of Time on February 12, 2026. [Dkt. 15.] Defendant Bailey's counsel filed a Notice of Appearance [Dkt. 17], and a Notice of Parties First Extension of Time, [Dkt. 18], pursuant to Local Rule 6-1(a), on February 12, 2026. Therefore, Defendant Bailey's Motion for Time [Dkt. 15], is **DENIED AS MOOT.**

   **IT IS SO ORDERED**.

Date: 2/13/2026

*/s/ Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

To ECF Counsel of Record