# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MS MANUFACTURING, LLC d/b/a KIHM METAL TECHNOLOGIES, an Indiana Limited Liability Company, and JAMES BAILEY, an Individual,<br><br>　　　　Defendants. | Case No: 2:26-CV-00017<br><br>District Judge Brookman<br><br>Magistrate Judge Garcia |

## AGREED MOTION FOR SECOND EXTENSION OF TIME

Defendants MS Manufacturing, LLC d/b/a KIHM Metal Technologies ("KIHM") and James Bailey, by and through their undersigned counsel, respectfully move the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6-1(b), for a second extension of time to respond to Plaintiff's Complaint, up to and including March 25, 2026. Counsel have conferred and this motion is unopposed.

Plaintiff filed its Complaint on January 9, 2026. (D.E. 1.) KIHM was served with the summons and Complaint on January 14, which made KIHM's deadline to file a responsive pleading February 4. (D.E. 9.) Bailey was served with the summons and Complaint on January 22, making his deadline to file a responsive pleading February 12. (D.E. 14.) Pursuant to Local Rule 6-1(a), KIHM filed a Notice of Parties' First Extension of Time, extending its deadline to respond to March 4. (D.E. 12.) Bailey subsequently filed a Notice of Parties' First Extension of Time, extending his deadline to respond to March 4 as well. (D.E. 18.)

The Parties have subsequently entered into settlement negotiations. Defendants request an additional 21-day extension of their deadline to respond to the Complaint to facilitate those discussions and allow the Parties to focus their time and efforts on settlement. Defendants submit that this constitutes "good cause" under Rule 6(b). *See* S.D. Ind. L.R. 6-1(c). Additionally, this motion is made in good faith, for good cause, and not for the purpose of delay, and the requested extension will not prejudice any party. Defendants submit the attached proposed order pursuant to Local Rule 5-5(d).

On February 27, 2026, the undersigned counsel contacted Plaintiff's counsel via email regarding this motion. Plaintiff's counsel agreed to the extension requested herein.

For the reasons discussed above, Defendants respectfully request the Court grant this motion and extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint, up to and including March 25, 2026.

Dated: March 2, 2026

Respectfully submitted,

MS MANUFACTURING, LLC d/b/a
KIHM METAL TECHNOLOGIES and
JAMES BAILEY

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (IL ARDC No. 6341896)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

      Date: March 2, 2026

                                                  */s/ Benjamin S. Morrell*