UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HEXAGON MANUFACTURING INTELLIGENCE, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MS MANUFACTURING, LLC d/b/a KIHM METAL TECHNOLOGIES, an Indiana Limited Liability Company, and JAMES BAILEY, an Individual,<br><br>    Defendants. | Case No: 2:26-CV-00017<br><br>District Judge Brookman<br><br>Magistrate Judge Garcia |

**ORDER GRANTING AGREED MOTION FOR
SECOND EXTENSION OF TIME**

This cause, having come before the Court on Defendants' Agreed Motion for Second Extension of Time to respond to Plaintiff's Complaint, and the Court, having reviewed said Motion and being otherwise duly advised, hereby:

ORDERS that the Motion is GRANTED. Defendants shall have up to and including March 25, 2026, to file a response to Plaintiff's Complaint.

ORDERED this _____ day of March 2026.

_____
DISTRICT JUDGE, United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email